IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, ) | INJUNCTIVE RELIEF SOUGHT |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 22-cv-02731 |
| ) | |
| COURTYARD MANAGEMENT ) | Judge Pacold |
| CORPORATION., d/b/a Courtyard by ) | |
| Marriott Chicago Highland Park/Northbrook ) | Magistrate Judge Harjani |
| ) | |
| Defendant. ) | |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant COURTYARD MANAGEMENT CORPORATION, d/b/a Courtyard by Marriott Chicago Highland Park/Northbrook, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | COURTYARD MANAGEMENT CORPORATION, d/b/a Courtyard by Marriott Chicago Highland Park/Northbrook |
|---|---|
| By: /s/ *Marshall J. Burt* | By: */s/ Mark M. Trapp* |
| Counsel for Plaintiff | Counsel for Defendant |
| | |
| Marshall J. Burt, Esq. | Mark M. Trapp, Esq. |
| The Burt Law Group, Ltd. | Conn Maciel Carey, LLP |
| 77 W. Washington, Ste 1300 | 53 W. Jackson Blvd. Suite 1328 |
| Chicago, IL 60602 | Chicago, Illinois 60604 |
| 312-419-1999 | (312) 809-8122 |
| Marshall@mjburtlaw.com | mtrapp@connmaciel.com |